UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA SCHRADER ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> H & P CAPITAL, INC., ) <br> ) <br> ) <br> Defendant ) <br> ) | Case Number: 12-00207 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Theresa Schrader, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
    Bruce K. Warren, Esquire
    Attorney for Plaintiff
    Bruce@warren-lawfirm.com
    Warren Law Group
    57 Cooper Street
    Woodbury, NJ 08096
    856-848-4573
    856-324-9081